AO 91 (Rev. 11/11)  Criminal Complaint

RECEIVED
UNITED STATES MARSHAL
2022 JUL 26 AM 11:34
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 25, 2022*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| NOAH MANUEL MENDOZA | ) Case No.   4:22-mj-1652 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____02/26/2022_____ in the county of _____Harris_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1708 | Theft or Reciept of Stolen Mail Matter |

This criminal complaint is based on these facts:

Please see attached Affidavit by Postal Inspector Rahiza Diaz-Vargas in support of this Criminal Complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rahiza Diaz-Vargas, Postal Inspector
*Printed name and title*

Sworn to before me telephonically.

Date: _____7/25/2022_____

City and state: _____Houston, TX_____

_____
*Judge's signature*

Yvonne Y. Ho, U.S Magistrate Judge
*Printed name and title*